UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| Colette Bonnett, | Case No.: 2:20-cv-00373-JAM-AC |
|---|---|
| Plaintiff, | **ORDER** |
| vs. | |
| IQ Data International, Inc./ Rent Collect Global, | |
| Defendant. | |

Based on the Stipulation of counsel, the case is dismissed with prejudice, each party to bear its own attorney fees and costs.

Date:  5/28/2020            /s/ John A. Mendez_____
                            Hon. John A. Mendez